**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 18-41056-lkg |
| Bryan M. McGee | |
| Keirstein L. McGee | CHAPTER 13 |
|   fka Keirstein L. Broadway | |
| Debtor. | JUDGE Honorable Laura K. Grandy |

**NOTICE OF APPEARANCE**

    Now comes D. Anthony Sottile, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Illinois, and enters his appearance on behalf of Home Point Financial Corporation, in the above captioned proceedings.

    Respectfully Submitted,

    /s/ D. Anthony Sottile
    D. Anthony Sottile (IN 27696-49)
    Sottile & Barile, Attorneys at Law
    P.O. Box 476
    Loveland, OH 45140
    Phone: 513.444.4100
    bankruptcy@sottileandbarile.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 18-41056-lkg |
| Bryan M. McGee | |
| Keirstein L. McGee | CHAPTER 13 |
|   fka Keirstein L. Broadway | |
| Debtor. | JUDGE Honorable Laura K. Grandy |

**CERTIFICATE OF SERVICE**

Attached is a courtesy copy for your records of the Notice of Appearance which was entered in the case herein.

The undersigned certifies that this document was served electronically through the Court's electronic mailing system pursuant to the notice generated by the Court on November 29, 2018 to the following parties:

TO TRUSTEE: Russell C. Simon, 24 Bronze Pointe, Swansea, IL 62226
TO DEBTOR'S COUNSEL: Bradley P. Olson, at 101 E. DeYoung, Marion, IL 62959

The Notice of Appearance was further serviced by mailing, postage prepaid in the United States Mail, using first-class postage to the following parties:

TO DEBTOR: Bryan M. McGee at P.O. Box 662, Sesser, IL 62884
TO DEBTOR: Keirstein L. McGee at P.O. Box 662, Sesser, IL 62884

    Respectfully Submitted,

    /s/ D. Anthony Sottile
    D. Anthony Sottile (IN 27696-49)
    Sottile & Barile, Attorneys at Law
    P.O. Box 476
    Loveland, OH 45140
    Phone: (513) 444.4100
    bankruptcy@sottileandbarile.com