IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>BRYAN M McGEE,<br><br>Debtor(s). | In Proceedings<br>Under Chapter 13<br><br>Bk. Case No.:  18-41056 |

**TRUSTEE'S MOTION TO COMPEL**

COMES NOW RUSSELL C. SIMON, Chapter 13 Trustee in the above-captioned case, and hereby motions this Court for an order compelling the Debtor to file various documents necessary for the Trustee to properly administer this case.  In support thereof, the Trustee shows unto the court as follows:

1.The Debtor filed a petition for relief and accompanying schedules under chapter 13 of the United States Bankruptcy Code on 11/27/2018.

2.Russell C. Simon was appointed as Chapter 13 Trustee to administer the instant case.

3.On 09/24/2021, the Debtor filed a Motion to Deconsolidate.  The Court granted the Debtors' Motion, deconsolidating the two cases into the instant case as well as Case No. 21-40408.

4.Upon deconsolidation, the Trustee now has two distinct cases, yet both have the identical pleadings and creditors therein, making it impossible for the Trustee to properly administer both cases.

5. As such, the Trustee seeks an Order compelling the Debtor in the instant case to file the following:

- Amended Schedules D & E/F, listing only those claims to be treated by the deconsolidated case;

- Object to all allowed claims that are not a part of the deconsolidated case and which the Trustee has not tendered payment;

- Amended Schedules I & J, setting forth the individual Debtor's current income and expenses;

- An Amended Plan setting forth which claims are to be addressed by the deconsolidated case and surrender the Debtor's interest in all claims no longer addressed in the deconsolidated case but which were previously paid by the Trustee.

WHEREFORE, based on the foregoing, the Trustee prays this Court for an order granting this Motion to Compel and requiring the Debtor to file the requested documents/pleadings within 30 days; and for any other relief this Court deems just and proper under the circumstances.

Dated: September 29, 2021

Respectfully submitted,

/s/RUSSELL C. SIMON
RUSSELL C. SIMON
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified this 29th day of September, 2021, with the correct postage prepaid and deposited in the U.S. Mail.

Bryan McGee
P.O. Box 662
Sesser, IL  62884

Brad Olson
101 E DeYoung
Marion, IL  62959

/s/Carman W